The People of the State of Illinois, defendant in error, v. Albert Provenzano, plaintiff in error. Gen. No. 7,544.

Prosecution for violation of Prohibition Act. Judgment upon finding of guilt. Error to the County Court of Winnebago county; the Hon.

Leon A. Zick, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed December 7, 1925.

Fisher, North, Linscott & Gibboney, for plaintiff in error. William D. Knight, State's Attorney, and Alfred B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Justice Partlow delivered the opinion of the court.